# EXHIBIT A

# LOAN AGREEMENT

I.    **THE PARTIES**. This Loan Agreement ("Agreement") made this 4th August 2022 is between:

> Borrower: River Valley Operations LLC located at 5534 Saint Joe Road, Fort Wayne, IN 46835, USA ("Borrower") and agrees to borrow money from:
>
> Lender: Mountain of Spices LLC located at 1129 Northern Blvd, Suite 404, Manhasset, NY 11030 and agrees to lend money to the Borrower under the following terms:

II.    **LOAN AMOUNT**. The total amount of money being borrowed from the Lender to the Borrower is $8,000,000 ("Borrowed Money").

III.    **INTEREST RATE**. The Borrowed Money shall bear interest at a rate of 6% annually to be paid on the repayment date of the full loan.

IV.    **TERM**. The term of the loan of the Borrowed Money is 3 years from the date of this agreement. The total amount of the Borrowed Money, including principal and interest, shall be due and payable on 4th August 2025 ("Due Date").

V.    **PAYMENTS**. The Borrower agrees to repay the Borrowed Money including principal and interest to the Lender on 4th August 2025 ("Due Date").

VI.    **LATE PAYMENT**. If the Borrower is late by more than 7 days for any payment due, it shall be considered late. If a payment is late, the Borrower shall be charged 0.05% interest in addition daily on any outstanding amount.

VII.    **PREPAYMENT**. If the Borrower makes a payment prior to the Due Date, then there shall be no prepayment penalty of any kind.

VIII.    **SECURITY**. This Agreement shall not be secured by any property or asset of the Borrower.

IX.    **REMEDIES**. No delay or omission on part of the holder of this Agreement in exercising any right hereunder shall operate as a waiver of any such right or of any other right of such holder, nor shall any delay, omission, or waiver on any one occasion be deemed a bar to or waiver of the same or any other right on any future occasion. The rights and remedies of the Lender shall be cumulative and may be pursued singly, successively, or together, at the sole discretion of the Lender.

X.    **ACCELERATION**. The Lender shall have the right to declare the Borrowed Money to be immediately due and payable, including interest owed, if any of the events are to occur:

     a. **Late Payment**. If any payment is late that is due under the Payment of more than 7 days;
     b. **Default**. If the Borrower should default on any of the conditions of this Agreement; or

XI.    **SUBORDINATION**. The Borrower's obligations under this Agreement are subordinated to all indebtedness, if any, of the Borrower, to any unrelated third-party lender to the extent such indebtedness is outstanding on the date of this Agreement and such subordination is required under the loan documents providing for such indebtedness.

XII.    **WAIVERS BY BORROWER**. All parties to this Agreement, including the Borrower and any sureties, endorsers, and guarantors, hereby waive protest, presentment, a notice of dishonor, and a notice of acceleration of maturity and agree to continue to remain bound for the payment of principal, interest and all other sums due under this Agreement notwithstanding any change or changes by way of release, surrender, exchange, modification or substitution of any security for this Agreement or by way of any extension or extensions of time for the payment of principal and interest; and all such parties waive all and every kind of notice of such change or changes and agree that the same may be made without notice or consent of any of them.

XIII.    **DISPUTES**. In the event any payment under this Agreement is not paid when due, the Borrower agrees to pay, in addition to the principal and interest hereunder, reasonable attorney's fees not exceeding a sum equal to the maximum usury rate in the state of Governing Law of the then outstanding balance owing on the Borrowed Amount, plus all other reasonable expenses incurred by Lender in exercising any of its rights and remedies upon default.

XIV.    **SEVERABILITY**. If any provision of this Agreement or the application thereof shall, for any reason and to any extent, be invalid or unenforceable, neither the remainder of this Agreement nor the application of the provision to other persons, entities, or circumstances shall be affected, thereby, but instead shall be enforced to the maximum extent permitted by law.

XV.    **GOVERNING LAW**. This Agreement shall be construed and governed by the laws located in the state of Indiana, U.S.A ("Governing Law").

XVI.    **SUCCESSORS**. All of the foregoing is the promise of Borrower and shall bind Borrower and Borrower's successors, heirs, and assigns; provided, however, that Lender may not assign any of its rights or delegate any of its obligations hereunder without the prior written consent of the holder of this Agreement.

**XVII.  ENTIRE AGREEMENT**. This Agreement contains all the terms agreed to by the parties relating to its subject matter, including any attachments or addendums. This Agreement replaces all previous discussions, understandings, and oral agreements. The Borrower and Lender agree to the terms and conditions and shall be bound until the Borrowed Amount is repaid in full.

**IN WITNESS WHEREOF**, Borrower and Lender have executed this Agreement as of the day and year first above written.

Borrower's Signature: _____ Date: 4th August 2022

**Name: Yumei Hao**

**Position: President**

**River Valley Operations LLC**

Lender's Signature: _____ Date: 4th August 2022

**Name: Qidong Xia**

**Position: President**

**Mountain of Spices LLC**

Page 3 of 3