(COURT USE ONLY)

RECEIPT NO.

-FILED-

NOV 21 2025

At ———————— M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

MOUNTAINS OF SPICES, LLC

v.

RIVER VALLEY OPERATIONS, LLC

Cause No. | 1:25CV623

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

MOUNTAINS OF SPICES, LLC

Party(s) Represented

Prefix (check one) ☒ Mr.    ☐ Ms.    ☐ Mrs.

Last Name: Schmitt    First Name: Eric    Middle Name/Initial:

Generation (Sr, Jr, etc):

Firm Name: The Quinlan Law Firm, LLC

Street Address: 233 S. Wacker Dr.    Suite/Room No.: 6142

City: Chicago    State: IL    Zip: 60606

Office Telephone No.: (312) 883-5500    Fax No.:

E-Mail Address: eschmitt@quinlanfirm.com; docketing@quinlanfirm.com

## EDUCATION:

College: The University of Chicago    Degree: B.A.    Year Completed: 2006

Law School: Georgetown University Law Center    Year Graduated: 2012

Other Post-Graduate Schooling:

Page 1 of 3

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2012 | Active | 6310119 |
| California | 2020 | Active | 331174 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Illinois | 2013 | Active |
| Central District of California | 2025 | Active |
| | | |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?    ☐ Yes (If yes, please attach an explanation)    ☒ No

Applicant: I, | Eric Schmitt | , do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: | 11/18/2025 |

_Eric Schmitt_

_____

Signature of Applicant

Print Form

Considered and approved.

SO ORDERED.

Dated: _____          _____

                                        Judge, U. S. District Court

Print Form

Revised 06/05/2013