The Quinlan Law
233 S. Wacker Dr., Ste. 6142
Chicago, IL 60606

SCREENED

CERTIFIED MAIL



7017 1000 0000 2133 4241


Retail


UNITED STATES
POSTAL SERVICE

RDC 99

46802

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL 60604
NOV 18, 2025

**$10.02**

S2324N501692-07

United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802

46802-343500