# THE STATE BAR OF CALIFORNIA

## CERTIFICATE OF STANDING

**ISSUE DATE:** 11/21/2025

**LICENSEE NAME:** Eric T.  Schmitt

**LICENSEE BAR NUMBER:** 331174

**LICENSEE STATUS:** Active

**ADMIT DATE:** 6/1/2020

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 7/31/2023 | Active | | |
| 7/1/2023 | Not eligible to practice law in CA | | Admin Inactive/MCLE noncompliance |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*