

(COURT USE ONLY)

RECEIPT NO.

**-FILED-**

NOV 21 2025

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA

| MOUNTAINS OF SPICES, LLC |
| :---: |

v.

| RIVER VALLEY OPERATIONS, LLC |
| :---: |

Cause No.  | **1 : 2 5 C V 6 2 3** |

### MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

| MOUNTAINS OF SPICES, LLC |
| :---: |

Party(s) Represented

Prefix (check one) ☒ Mr.    ☐ Ms.    ☐ Mrs.

| Last Name: | Schmitt | First Name: | Eric | Middle Name/Initial | |
| --- | --- | --- | --- | --- | --- |

Generation (Sr, Jr, etc): | |

| Firm Name: | The Quinlan Law Firm, LLC |
| --- | --- |

| Street Address: | 233 S. Wacker Dr. | Suite/Room No.: | 6142 |
| --- | --- | --- | --- |

| City: | Chicago | State: | IL | Zip: | 60606 |
| --- | --- | --- | --- | --- | --- |

| Office Telephone No.: | (312) 883-5500 | Fax No.: | |
| --- | --- | --- | --- |

| E-Mail Address: | eschmitt@quinlanfirm.com; docketing@quinlanfirm.com |
| --- | --- |

### EDUCATION:

| College: | The University of Chicago | Degree: | B.A. | Year Completed: | 2006 |
| --- | --- | --- | --- | --- | --- |
| Law School: | Georgetown University Law Center | | | Year Graduated: | 2012 |

Other Post-Graduate Schooling: | |

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| Illinois | 2012 | Active | 6310119 |
| California | 2020 | Active | 331174 |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Northern District of Illinois | 2013 | Active |
| Central District of California | 2025 | Active |
| | | |
| | | |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☒ No

Applicant: I, | Eric Schmitt |, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: | 11/18/2025 |

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:      11/26/2025                                    s/Scott J. Frankel

                                                         Judge, U. S. District Court

Revised 06/05/2013