# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **MOUNTAINS OF SPICES, LLC** | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-00623-SJF |
| | ) | |
| | ) | |
| **RIVER VALLEY OPERATIONS, LLC** | ) | |
| | ) | |
| *Defendant* | ) | |

## AFFIDAVIT OF SERVICE

I, Jacqueline Flotow, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to RIVER VALLEY OPERATIONS LLC in Allen County, IN on February 17, 2026 at 9:55 am at 5534 Saint Joe Rd, Fort Wayne, IN 46835-3328 by leaving the following documents with Vicki Frier who as Intake Specialist at REGISTERED AGENTS INC is authorized by appointment or by law to receive service of process for RIVER VALLEY OPERATIONS LLC.

COMPLAINT
SUMMONS IN A CIVIL ACTION

Race: White, Sex: Female, Est. Age: Unknown, Hair: Brown, Glasses: N, Est. Weight: 120 lbs to 140 lbs, Est. Height: 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=41.1303528333,-85.1000638333
Photograph: See Exhibit 1

Total Cost: $281.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Allen County                                        ,

IN        on      2/17/2026            .

/s/ *Jacqueline Flotow*

Signature
Jacqueline Flotow
+1 (260) 449-0747



Exhibit 1a)