**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MOUNTAINS OF SPICES, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00623-SJF |
| RIVER VALLEY OPERATIONS, LLC, | |
| Defendant. | |

## REQUEST FOR ENTRY OF DEFAULT AS TO RIVER VALLEY OPERATIONS, LLC

TO: CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA.

Defendant, River Valley Operations, LLC, having failed to answer or otherwise appear in the above-entitled action, and the time for answering having expired, you are requested to enter its default pursuant to Fed. R. Civ. P. 55(a).

Dated: March 23, 2026

Respectfully submitted,

MOUNTAINS OF SPICES, LLC

/s/ Eric T. Schmitt (*admitted Pro Hac Vice)*
One of their Attorneys
William J. Quinlan
Lisa H. Quinlan
Eric T. Schmitt
THE QUINLAN LAW FIRM, LLC
233 South Wacker Drive, Suite 6142
Chicago, Illinois 60606
Telephone: (312) 883-5500
Fax: (312) 971-1070
eschmitt@quinlanfirm.com
wjq@quinlanfirm.com
docketing@quinlanfirm.com

1