**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MOUNTAINS OF SPICES, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00623-SJF |
| RIVER VALLEY OPERATIONS, LLC, | |
| Defendant. | |

**AFFIDAVIT OF ERIC T. SCHMITT**

I, Eric T. Schmitt, upon oath, state as follows:

1. I am the attorney for the Plaintiff in the above action.

2. A copy of the summons and complaint was served on Defendant River Valley Operations, LLC ("River Valley") on February 17, 2026, and the return of service of process server Jacqueline Flotow is on file in this action as ECF #6.

3. River Valley has not answered or otherwise appeared in this action, and the time within which River Valley may answer or appear has expired.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: March 23, 2026                                    /s/ Eric T. Schmitt

1