**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MOUNTAINS OF SPICES, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00623-SJF |
| RIVER VALLEY OPERATIONS, LLC, | |
| Defendant. | |

**CERTIFICATE**

In this cause, defendant, River Valley Operations, LLC, having been regularly served with process, as appears from the record and papers on file, and having failed to answer plaintiff's complaint, or otherwise appear, within the time allowed by law, and the time for answering or appearing having expired;

Now, on application of Eric T. Schmitt, attorney for plaintiff, the default of defendant, River Valley Operations, LLC, is entered in this action.

Dated: _____, 2026

_____
Clerk of the United States
Northern District of Indiana

1