**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**FORT WAYNE DIVISION**

Mountains of Spices, LLC

                         Plaintiff,

v.                                          Case No.: 1:25−cv−00623−SJF
                                            Magistrate Judge Scott J Frankel

River Valley Operations, LLC

                         Defendant.

## CLERK'S ENTRY OF DEFAULT

      Default is hereby entered against defendant(s)

              River Valley Operations, LLC ,

for failure to plead or otherwise defend as provided by the Federal Rules of Civil

Procedure 55(a).

Date:  March 24, 2026              Sincerely,

                                   CHANDA J. BERTA
                                   CLERK OF COURT


                                   By:  s/   Aubury S Highlen
                                        Deputy Clerk