**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| MOUNTAINS OF SPICES, LLC, | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00623-SJF |
| RIVER VALLEY OPERATIONS, LLC, | |
| Defendant. | |

**DECLARATION OF QIDONG XIA**

I, Qidong Xia, upon oath, state as follows:

1. I am the President of Mountains of Spices, LLC ("MOS"), the Plaintiff in the above action.

2. In or around August 2022, a third-party was holding $8,000,000 belonging to MOS.

3. On August 7, 2022 and consistent with the terms of the Loan Agreement, at my direction, this third-party sent the $8,000,000 to a bank account at Lake City Bank in the name of River Valley.

4. River Valley, however, failed to repay any portion of the funds when they became due three years later on August 4, 2025.

5. Nor has it since repaid any portion of the funds owed.

6. As a result of River Valley's actions, MOS has incurred $12,760.40: $11,812.67 in legal fees and $947.72 in legal costs.

7. Specifically, the following costs were incurred as a result of River Valley's actions:

1

a.  $2,117.51 to draft and send correspondence with River Valley regarding its failure to repay the amounts owed under the Loan Agreement (2.5 hours of attorney time);

b.  $4,295.51 to draft the Complaint (5.5 hours of attorney time);

c.  $2,737.64 for internal conferences to discuss case strategy (2.75 hours of attorney time);

d.  $2,662.01 draft the Motions for default and default judgment (4 hours of attorney time);

e.  $20.97 for postage;

f.  $54.23 for legal research fees paid to Westlaw;

g.  $591.53 in legal filing fees; and

h.  $281.00 for service of process incurred in serving River Valley.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2026                    /s/    Qidong Xia

2