**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

MOUNTAINS OF SPICES, LLC,

     Plaintiff,

     v.

RIVER VALLEY OPERATIONS, LLC,

     Defendant.

CAUSE NO.: 1:25-CV-623-TLS-JEM

**DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff Mountains of Spices, LLC's Motion for Default Judgment Under Rule 55(B)(2) [ECF No. 9], filed on June 3, 2026. The Court finds as follows:

1.     The Plaintiff Mountains of Spices, LLC filed its Complaint [ECF No. 1] against the Defendant River Valley Operations, LLC on November 21, 2025.

2.     This Court has jurisdiction over the parties, action, and issues. *See* ECF No. 1.

3.     The Plaintiff effectuated service of process upon the Defendant, on February 17, 2026, through its registered agent—Registered Agents, Inc., 5534 Saint Joe Road, Fort Wayne, Indiana, 46835—via personal delivery. *See* ECF No. 6. The deadline for the Defendant to answer or otherwise respond to the Complaint was March 10, 2026.

4.     As a limited liability company and not a natural person, the Defendant is not entitled to the protections of the Servicemembers Civil Relief Act, 50 U.S.C. § 3931.

6.  The Defendant has failed to plead, enter an appearance, or otherwise comply with the Federal Rules of Civil Procedure.

7.  On March 24, 2026, the Clerk of Court made an Entry of Default [ECF No. 8] against the Defendant.

8.  The Plaintiff is entitled to a default judgment against the Defendant in the total amount of $9,540,888.40, representing $8,000,000.00 in principal the Plaintiff paid the Defendant pursuant to the Loan Agreement that the Defendant failed to repay, the $1,528,128.00 in interest the Plaintiff was entitled receive under the Loan Agreement that the Defendant failed to pay, and the $12,760.40 in legal fees and costs the Plaintiff incurred as a result of the Defendant's breach.

Finding the motion brought under Federal Rule of Civil Procedure 55(b)(2) well taken, the Court hereby GRANTS the Plaintiff Mountains of Spices, LLC's Motion for Default Judgment Under Rule 55(B)(2) [ECF No. 9] and DIRECTS the Clerk of Court to ENTER FINAL JUDGMENT stating:

Default judgment is entered in favor of Plaintiff Mountains of Spices, LLC and against Defendant River Valley Operations, LLC in the total amount of $9,540,888.40.

So ORDERED on July 9, 2026.

s/ Theresa L. Springmann
JUDGE THERESA L. SPRINGMANN
UNITED STATES DISTRICT COURT