AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MOUNTAIN OF SPICES, LLC

      Plaintiff

      v.                          Civil Action No. 1:25-cv-623

RIVER VALLEY OPERATIONS, LLC

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

**X** JUDGMENT IS ENTERED in favor of the Plaintiff, Mountains of Spices, LLC, and against Defendant, River Valley Operations, LLC, in the amount of the total amount of Nine Million Five Hundred and Forty Thousand, Eight Hundred Eighty-Eight Dollars and Forty Cents ($9,540,888.40), plus interest pursuant to 28 U.S.C. § 1961, from and after the date of this judgment, plus post-judgment interest at the rate of 4.03% per annum, along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

☐ Other: _____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on a Motion for Default Judgment.

DATE:  07/14/2026           CHANDA J. BERTA, CLERK OF COURT

                            by _____s/N. Corle_____
                             *Signature of Clerk or Deputy Clerk*